IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROGER ERNEST HEARE, SR., | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-14-1257 |
| | : | |
| SUPERINTENDENT BICKELL, | : | (Judge Brann) |
| | : | |
| Respondent | : | |

**ORDER**

July 10, 2015

In accordance with the accompanying Memorandum, filed as separate record document no. 20, **IT IS HEREBY ORDERED THAT**:

1.   The petition for writ of habeas corpus is **DENIED**.

2.   The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

  s/ Matthew W. Brann
Matthew W. Brann
United States District Judge